## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Jeffery Lee Brooks | Case No.:11−50668−thf |
| Debtor(s) | Chapter: 13 |
| S.S.#:xxx−xx−5079 | |

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered 9/20/13. The Court's Order Dismissing is available electronically or may be a docketing event only.

Order of the Court, from hearing held on September 18, 2013, DISMISSING Case for debtors failure to show cause why case should not be dismissed for failure to make plan payments in accordance with the Order of Confirmation, so ORDERED by /s/ Judge Fulton. CASE DISMISSED. (Gudgel, A).

Note: If this case was dismissed for failure to pay Court's filing fee, no further applications by the debtor(s) to pay filing fee in installments will be considered by the Court.

Dated: 9/20/13

By: ame
Deputy Clerk

FOR THE COURT
Diane S. Robl
Clerk, U.S. Bankruptcy Court

```
                           United States Bankruptcy Court
                            Western District of Kentucky
In re:                                                              Case No. 11-50668-thf
Jeffery Lee Brooks                                                  Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0644-5          User: agudgel              Page 1 of 2                  Date Rcvd: Sep 20, 2013
                              Form ID: 219               Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2013.
db           +Jeffery Lee Brooks,    7500 Nathan Drive,    West Paducah, KY 42086-9646
4684661      +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
4707661      +Bank of America, NA,    7105 Corporate Drive,    Plano, TX 75024-4100
4684662       Baptist Prime Care,    c/o Credit Bureau Systems,    PO Box 9200,    Paducah, KY 42002-9200
4684664       Bluegrass Emergency Medicine,     c/o Credit Bureau Systems,    PO Box 9200,
               Paducah, KY 42002-9200
4684665       Bobbie Jo Stephen,    1384 SR 348 E,    Symsonia, KY 42082
4684672     ++CFSB,    PO BOX 467,    BENTON KY 42025-0467
             (address filed with court:   Comm. Finan. Ser. Bank,     1012 Main St,    Benton, KY 42025)
4684669       Citifinancial,    Bsp13a,    Baltimore, MD 21202
4684670      +Colony Drive Apartments,    c/o CBS Col Paducah,    100 Fulton Ct.,    Paducah, KY 42001-9004
4692044       Colony Drive Apartments,    Credit Bureau Systems, Inc,    PO Box 9200,    Paducah, KY 42002-9200
4684671       Comcast,    c/o Credit Bureau Systems, Inc.,    PO Box 9200,    Paducah, KY 42002-9200
4692043       Comcast Cable old,    Credit Bureau Systems, Inc,    PO Box 9200,    Paducah, KY 42002-9200
4684674      +Commonwealth of Kentucky,    Cabinet for Families and Children,    PO Box 14059,
               Lexington, KY 40512-4059
4684673       Commonwealth of Kentucky,    Division of Child Support,    PO Box 14059,    Lexington, KY 40512-4059
4693312      +Community Financial Services Bank,     c/o Martin W. Johnson,    P. O. Box 450,
               Benton, KY 42025-0450
4684677       Hon. Brian S. Katz,    P.O. Box 2903,    Paducah, KY 42002-2903
4692042       JP Medical (Internal Med Group,    Credit Bureau Systems, Inc,    PO Box 9200,
               Paducah, KY 42002-9200
4692045       Julie Hideg & Associates,    Credit Bureau Systems, Inc,    PO Box 9200,    Paducah, KY 42002-9200
4684682       Lerner, Sampson & Rothfuss,    PO Box 5480,    Cincinnati, OH 45201-5480
4692051       Lourdes Hosp - Reg (Outpt),    Credit Bureau Systems, Inc,    PO Box 9200,    Paducah, KY 42002-9200
4684684       Lourdes Hospital,    PO Box 11192,    Knoxville, TN 37939-1192
4684683      +Lourdes Hospital,    c/o Franklin Collection Services,    2978 W. Jackson St,
               Tupelo, MS 38801-6731
4684685       Lourdes Hospital Reg Outpatient,    c/o Credit Bureau Systems,    PO Box 9200,
               Paducah, KY 42002-9200
4692048       MARS - Baptist Prime Care,    Credit Bureau Systems, Inc,    PO Box 9200,    Paducah, KY 42002-9200
4692047       MARS - Bluegrass Emergency Med,    Credit Bureau Systems, Inc,    PO Box 9200,
               Paducah, KY 42002-9200
4692049       MARS - Paducah Gastro Associat,    Credit Bureau Systems, Inc,    PO Box 9200,
               Paducah, KY 42002-9200
5124213     ++NATIONSTAR MORTGAGE,    PO BOX 630267,    IRVING TEXAS 75063-0116
             (address filed with court:   Nationstar Mortgage, LLC,     350 Highland Drive,
               Lewisville, TX 75067)
4684688       Paducah Gastro Associat,    c/o CBS Col Paducah,    9200 Fulton Dr.,    Paducah, KY 42001
4722689      +Par Finance, Inc.,    5134 Hinkleville Rd., Suite E,    Paducah KY 42001-7434
4684690      +Professional Recovery Services Inc,     PO Box 1880,    Voorhees, NJ 08043-7880
4684691      +Purchase Endodontics, LLC,    3429 Lone Oak Road,    Sheraton Place Suite One,
               Paducah, KY 42003-5775
4692046       Radiology Group of Paducah,    Credit Bureau Systems, Inc,    PO Box 9200,    Paducah, KY 42002-9200
4684692       Radiology Group of Paducah,    c/o Credit Bureau Systems,    PO Box 9200,    Paducah, KY 42002-9200
4692050       The Heart Group,    Credit Bureau Systems, Inc,    PO Box 9200,    Paducah, KY 42002-9200
4684694       The Heart Group,    c/o Credit Bureau Systems,    PO Box 9200,    Paducah, KY 42002-9200
4684695      +Weisfield Jewelers,    Attn: Bankruptcy,    PO Box 3680,    Akron, OH 44309-3680
4692040       Western Baptist Hosp (SA),    Credit Bureau Systems, Inc,    PO Box 9200,    Paducah, KY 42002-9200
4692041       Western Baptist Hosp (SC) 22,    Credit Bureau Systems, Inc,    PO Box 9200,
               Paducah, KY 42002-9200
4684696       Western Baptist Hospital,    c/o Credit Bureau Systems,    PO Box 9200,    Paducah, KY 42002-9200
4684697      +Western Baptist Hospital,    c/o Rmb, Inc.,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
4684698      +Wm Finance,    760 Broadway St,    Paducah, KY 42001-6806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +EDI: BASSASSOC.COM Sep 20 2013 18:58:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
cr           +EDI: RECOVERYCORP.COM Sep 20 2013 18:58:00      Recovery Management Systems Corporation,
               25 SE 2nd Ave Ste 1120,    Miami, Fl 33131-1605
4684660      +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 20 2013 19:02:45       At&T,
               c/o NCO Financial Systems,    507 Prudential Rd.,    Horsham, PA 19044-2308
4684663      +EDI: TSYS2.COM Sep 20 2013 18:58:00      Barclays Bank Delaware,
               Attention: Customer Support Department,     Po Box 8833,    Wilmington, DE 19899-8833
4726750      +EDI: OPHSUBSID.COM Sep 20 2013 18:58:00      CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4754648       EDI: CAPIO.COM Sep 20 2013 18:58:00      Capio Partners LLC,    Quantum3 Group LLC,    PO Box 788,
               Kirkland, WA 98083-0788
4684666      +E-mail/Text: cms-bk@cms-collect.com Sep 20 2013 19:02:22       Capital Management Services, LP,
               726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
4684667      +EDI: CAPITALONE.COM Sep 20 2013 18:58:00      Capital One, N.a.,    Capital One Bank (USA) N.A.,
               Po Box 30285,    Salt Lake City, UT 84130-0285
4684668      +EDI: TSYS2.COM Sep 20 2013 18:58:00      Card Services,    100 S. West Street,
               Wilmington, DE 19801-5015
```

```
District/off: 0644-5          User: agudgel              Page 2 of 2                  Date Rcvd: Sep 20, 2013
                              Form ID: 219               Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4684675       +EDI: RCSFNBMARIN.COM Sep 20 2013 18:58:00      Credit One Bank,    Po Box 98872,
               Las Vegas, NV 89193-8872
4684676       +EDI: AMINFOFP.COM Sep 20 2013 18:58:00      First Premier Bank,    3820 N Louise Ave,
               Sioux Falls, SD 57107-0145
4770920       +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM Sep 20 2013 19:02:10       GLA Collection Co Inc,
               PO box 7728 Dept 2,    Louisville, Ky 40257-0728
4684678       +EDI: HFC.COM Sep 20 2013 18:58:00      Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,
               Carol Stream, IL 60197-5213
4684679       +EDI: HFC.COM Sep 20 2013 18:58:00      Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,
               Carol Stream, IL 60197-5263
4684680       +EDI: HFC.COM Sep 20 2013 18:58:00      Hsbc/nautl,    PO Box 15521,    Wilmington, DE 19850-5521
4684681        E-mail/Text: ADMIN4@CASH-PRO.COM Sep 20 2013 19:02:00       Jackson Purchase E.R. Physicians,
               c/o Cash-Pro, Inc.,    PO Box 5469,    Evansville, IN 47716-5469
4789365        EDI: RESURGENT.COM Sep 20 2013 18:58:00      LVNV Funding LLC its successors and assigns as,
               assignee of FNBM LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4684686       +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM Sep 20 2013 19:02:10       Neurology Group of Paducah,
               c/o GLA Collection Co. Inc.,     2630 Gleeson Lane,    Louisville, KY 40299-1772
4684687       +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM Sep 20 2013 19:02:10
               Obstetrics & Gynecology of Paducah,    c/o GLA Collection Co. Inc.,    2630 Gleeson Ln.,
               Louisville, KY 40299-1772
4684693       +E-mail/Text: ADMIN4@CASH-PRO.COM Sep 20 2013 19:02:00       Radiology Group of Paducah Psc,
               c/o Cash-Pro, Inc.,    Attn: Bankruptcy,    PO Box 5469,    Evansville, IN 47716-5469
4920116        EDI: RECOVERYCORP.COM Sep 20 2013 18:58:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,     Miami, FL 33131-1605
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++NATIONSTAR MORTGAGE,    PO BOX 630267,    IRVING TEXAS 75063-0116
               (address filed with court: NationStar Mortgage, LLC,     350 Highland Drive,
               Lewisville, TX   75067)
4684659       ##+Anderson & Associates,    10900 Plantside Drive, Ste B,    Louisville, KY 40299-6112
4684689       ##+Par Finance,    334 Harrison St,    Paducah, KY 42001-0717
                                                                                   TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2013                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2013 at the address(es) listed below:
              Amy E. Gardner    on behalf of Creditor    NationStar Mortgage, LLC bankruptcy@mdk-llc.com,
               anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com
              Joseph J. Golden    ustpregion08.lo.ecf@usdoj.gov
              Kerri  Bruckner    on behalf of Creditor    Bank of America N.A. wkybk@lsrlaw.com
              Marcus H. Herbert    on behalf of Debtor Jeffery Lee Brooks bkcourt@marcusherbertlaw.com
              Patti H. Bass    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              William W. Lawrence -13    ECF@louchapter13.com,
               ecfdocs@anderson-associates.net;ecf.bk.westky@gmail.com
                                                                                              TOTAL: 6
```